# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:95cr3005LAC

CARLOS MOSQUEDA

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   December 16, 2005

Motion/Pleadings:  MOTION : Stay and Abey (To preserve recent rulings by the United States Supreme Court

Filed by DEFENDANT PRO SE        on 12/6/05        Doc.# 270

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of December, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) Booker is not retroactively applicable.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.