# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                    CASE NO.  3:95cr3005LAC

CARLOS MOSQUEDA

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____ April 12, 2007 _____

Motion/Pleadings____ MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § _____
3582(c)(2) _____

Filed by DEFENDANT PRO SE_____ on __3/30/07_____ Doc.# ___273_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed      _____ Consented

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    s/Mary Maloy
_____                       _____
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of April, 2007, that:*

*(a) The relief requested is **DENIED.***

*(b) Cited amendments do not entitle defendant to any relief.*

                                    s/L.A. Collier
                                    _____
                                    **LACEY A. COLLIER**
                                    ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

_____

Document No.