## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                              CASE NO. 3: 95cr3005LAC

CARLOS MOSQUEDA

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   APRIL 22, 2008

Motion/Pleadings: MOTION FOR MODIFICATION AND/OR RECALCULATION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) , AMENDMENT 711

Filed by DEFENDANT PRO SE   on 4/21/08   Doc.# 292

RESPONSES:

                                            on                Doc.#

                                            on                Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Document 291.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.