**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 3:95cr03005/LAC

CARLOS MOSQUEDA,

    Defendant.
_____/

**ORDER**

Before the Court is Defendant's response to the show cause order issued on June 25, 2008. Defendant emphasizes that he is not attempting to appeal from the Court's Order of March 31, 2008, denying his Motion to Reduce Sentence (doc. 290) but rather from the Court's Order of April 29, 2008, which denied his "Motion for Modification and/or Recalculation of Sentence Pursuant to Title 18 USC § 3582(c)(2), Amendment 711" (doc. 292). Defendant's Notice of Appeal (doc. 294) supports this assertion. Since the Notice of Appeal was filed on May 7, 2008, it appears to have been timely filed.

As directed by the Eleventh Circuit, the Clerk is directed to return the file to the Eleventh Circuit for further proceedings.

**ORDERED** on this 28th day of July, 2008.

                                                         s/*L.A. Collier*
                                                         Lacey A. Collier
                                              Senior United States District Judge