IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                Case Nos.      3:95cr3005/LAC
                                                                     3:13cv428/LAC/EMT

CARLOS MOSQUEDA
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 1, 2013 (doc. 346). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's order denying defendant's "Motion for Declaratory Judgment Acknowledging Jurisdiction of 28 U.S.C.§ 2255(f)(3) and Procedures under 28 U.S.C. § 2244 Being Unnecessary" (doc. 345) is **AFFIRMED**.

2. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

3. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 344), is **SUMMARILY DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of August, 2013.

                                          s/*L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**